**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7138**

RICHARD CLYDE ALTHOUSE,

Plaintiff - Appellant,

versus

WILLIAM L. LOWERY, Lieutenant; ART BEELER,
Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-478-5-BO)

Submitted:  October 24, 2002          Decided:  October 31, 2002

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Clyde Althouse, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Clyde Althouse appeals the district court's order denying relief on his Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), complaint. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Althouse v. Lowery, No. CA-02-478-5-BO (E.D.N.C. filed July 11, 2002; entered July 12, 2002). To the extent that Althouse alleges an Eighth Amendment violation in regard to his solitary confinement, he has not established that he has been deprived of a basic human need. See In re: Long Term Admin. Segregation of Inmates, 174 F.3d 464, 472 (4th Cir. 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2